IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CR No. 06-60018-HO |
| | ) | |
| v. | ) | **S E A L E D** |
| | ) | |
| **JOYANNA L. ZACHER,** aka "Sheba" | ) | **I N D I C T M E N T** |
| and "Sabina", | ) | |
| | ) | [18 U.S.C. §§ 844(i) and 2; |
| Defendant. | ) | 924(c)(1)(A)(i) & (B)(ii) & (C)(ii) and 2] |

**THE GRAND JURY CHARGES:**

**COUNT 1**

**ATTEMPTED ARSON**

On or about May 21, 2001, at Clatskanie, Columbia County, in the District of Oregon, defendant JOYANNA L. ZACHER, and other persons known and unknown to the Grand Jury, unlawfully and willfully caused and aided, abetted, counseled, commanded, induced, and procured the attempt to damage or destroy, by means of fire and an explosive, a building and other real and personal property used in interstate commerce and used in activities affecting interstate commerce, namely, the main office building and its contents located at Jefferson Poplar Farm, 79114 Collins Road, Clatskanie, Columbia County, Oregon; all in violation of Title 18, United States Code, Sections 844(i) and 2.

Page 1  -  INDICTMENT

## COUNT 2

## USING AND CARRYING A DESTRUCTIVE DEVICE
## IN RELATION TO A CRIME OF VIOLENCE

On or about May 21, 2001, at Clatskanie, Columbia County, in the District of Oregon, defendant JOYANNA L. ZACHER, and other persons known and unknown to the Grand Jury, unlawfully and knowingly used and carried one or more destructive devices, namely, one or more incendiary bombs, during and in relation to a crime of violence, namely, attempt to commit arson, in violation of Title 18, United States Code, Section 844(i), as charged in Count 1 of this indictment, and possessed such destructive devices in furtherance of such crime; all in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) & (B)(ii) & (C)(ii) and 2.

## COUNT 3

## ARSON

On or about May 21, 2001, at Clatskanie, Columbia County, in the District of Oregon, defendant  JOYANNA L. ZACHER, and other persons known and unknown to the Grand Jury, unlawfully and willfully caused and aided, abetted, counseled, commanded, induced, and procured the malicious damaging and destroying, by means of fire and an explosive, of a building and other real and personal property used in interstate commerce and used in activities affecting interstate commerce, namely, a vehicle shop and its contents located at Jefferson Poplar Farm, 79114 Collins Road, Clatskanie, Columbia County, Oregon; all in violation of Title 18, United States Code, Sections 844(i) and 2.

/ / /

## COUNT 4

## ARSON

On or about May 21, 2001, at Clatskanie, Columbia County, in the District of Oregon, defendant JOYANNA L. ZACHER, and other persons known and unknown to the Grand Jury, unlawfully and willfully caused and aided, abetted, counseled, commanded, induced, and procured the malicious damaging and destroying, by means of fire and an explosive, of a building and other real and personal property used in interstate commerce and used in activities affecting interstate commerce, namely, a shop and office building and its contents located at Jefferson Poplar Farm, 79114 Collins Road, Clatskanie, Columbia County, Oregon; all in violation of Title 18, United States Code, Sections 844(i) and 2.

## COUNT 5

## ARSON

On or about May 21, 2001, at Clatskanie, Columbia County, in the District of Oregon, defendant  JOYANNA L. ZACHER, and other persons known and unknown to the Grand Jury, unlawfully and willfully caused and aided, abetted, counseled, commanded, induced, and procured the malicious damaging and destroying, by means of fire and an explosive, of a vehicle used in interstate commerce and used in activities affecting interstate commerce, namely, a 1997 Ford truck bearing Oregon license number VHQ 660, located at Jefferson Poplar Farm, 79114 Collins Road, Clatskanie, Columbia County, Oregon; all in violation of Title 18, United States Code, Sections 844(i) and 2.

## COUNT 6

## ARSON

On or about May 21, 2001, at Clatskanie, Columbia County, in the District of Oregon, defendant JOYANNA L. ZACHER,  and other persons known and unknown to the Grand Jury, unlawfully and willfully caused and aided, abetted, counseled, commanded, induced, and procured the malicious damaging and destroying, by means of fire and an explosive, of a vehicle used in interstate commerce and used in activities affecting interstate commerce, namely, a 1984 Ford truck bearing Oregon license number CXR 901, located at Jefferson Poplar Farm, 79114 Collins Road, Clatskanie, Columbia County, Oregon; all in violation of Title 18, United States Code, Sections 844(i) and 2.

## COUNT 7

## ARSON

On or about May 21, 2001, at Clatskanie, Columbia County, in the District of Oregon, defendant JOYANNA L. ZACHER, and other persons known and unknown to the Grand Jury, unlawfully and willfully caused and aided, abetted, counseled, commanded, induced, and procured the malicious damaging and destroying, by means of fire and an explosive, of a vehicle used in interstate commerce and used in activities affecting interstate commerce, namely, a 1997 Ford truck bearing Oregon license number VHQ 661, located at Jefferson Poplar Farm, 79114 Collins Road, Clatskanie, Columbia County, Oregon; all in violation of Title 18, United States Code, Sections 844(i) and 2.

Page 4  -  INDICTMENT

## COUNT 8

## ARSON

On or about May 21, 2001, at Clatskanie, Columbia County, in the District of Oregon, defendant JOYANNA L. ZACHER, and other persons known and unknown to the Grand Jury, unlawfully and willfully caused and aided, abetted, counseled, commanded, induced, and procured the malicious damaging and destroying, by means of fire and an explosive, of a vehicle used in interstate commerce and used in activities affecting interstate commerce, namely, a 1997 Ford truck bearing Oregon license number VNS 404, located at Jefferson Poplar Farm, 79114 Collins Road, Clatskanie, Columbia County, Oregon; all in violation of Title 18, United States Code, Sections 844(i) and 2.

## COUNT 9

## ARSON

On or about May 21, 2001, at Clatskanie, Columbia County, in the District of Oregon, defendant JOYANNA L. ZACHER, and other persons known and unknown to the Grand Jury, unlawfully and willfully caused and aided, abetted, counseled, commanded, induced, and procured the malicious damaging and destroying, by means of fire and an explosive, of a vehicle used in interstate commerce and used in activities affecting interstate commerce, namely, a 1996 Ford truck bearing Oregon license number UMZ 923, located at Jefferson Poplar Farm, 79114 Collins Road, Clatskanie, Columbia County, Oregon; all in violation of Title 18, United States Code, Sections 844(i) and 2.

## COUNT 10

## ARSON

On or about May 21, 2001, at Clatskanie, Columbia County, in the District of
Oregon, defendant JOYANNA L. ZACHER, and other persons known and unknown to
the Grand Jury, unlawfully and willfully caused and aided, abetted, counseled,
commanded, induced, and procured the malicious damaging and destroying, by means
of fire and an explosive, of a vehicle used in interstate commerce and used in activities
affecting interstate commerce, namely, a 1990 Ford truck bearing Oregon license
number 283 ACE, located at Jefferson Poplar Farm, 79114 Collins Road, Clatskanie,
Columbia County, Oregon; all in violation of Title 18, United States Code, Sections
844(i) and 2.

## COUNT 11

## ARSON

On or about May 21, 2001, at Clatskanie, Columbia County, in the District of
Oregon, defendant JOYANNA L. ZACHER,  and other persons known and unknown to
the Grand Jury, unlawfully and willfully caused and aided, abetted, counseled,
commanded, induced, and procured the malicious damaging and destroying, by means
of fire and an explosive, of a vehicle used in interstate commerce and used in activities
affecting interstate commerce, namely, a 1990 Ford truck bearing Oregon license
number 282 ACE, located at Jefferson Poplar Farm, 79114 Collins Road, Clatskanie,
Columbia County, Oregon; all in violation of Title 18, United States Code, Sections
844(i) and 2.

## COUNT 12

## ARSON

On or about May 21, 2001, at Clatskanie, Columbia County, in the District of Oregon, defendant JOYANNA L. ZACHER,  and other persons known and unknown to the Grand Jury, unlawfully and willfully caused and aided, abetted, counseled, commanded, induced, and procured the malicious damaging and destroying, by means of fire and an explosive, of a vehicle used in interstate commerce and used in activities affecting interstate commerce, namely, a 1990 Ford truck bearing Oregon license number 361 ACC, located at Jefferson Poplar Farm, 79114 Collins Road, Clatskanie, Columbia County, Oregon; all in violation of Title 18, United States Code, Sections 844(i) and 2.

## COUNT 13

## ARSON

On or about May 21, 2001, at Clatskanie, Columbia County, in the District of Oregon, defendant JOYANNA L. ZACHER, and other persons known and unknown to the Grand Jury, unlawfully and willfully caused and aided, abetted, counseled, commanded, induced, and procured the malicious damaging and destroying, by means of fire and an explosive, of a vehicle used in interstate commerce and used in activities affecting interstate commerce, namely, a 1981 GMC truck bearing Oregon license number NA41574, located at Jefferson Poplar Farm, 79114 Collins Road, Clatskanie, Columbia County, Oregon; all in violation of Title 18, United States Code, Sections 844(i) and 2.

## COUNT 14

### ARSON

On or about May 21, 2001, at Clatskanie, Columbia County, in the District of

Oregon, defendant JOYANNA L. ZACHER, and other persons known and unknown to

the Grand Jury, unlawfully and willfully caused and aided, abetted, counseled,

commanded, induced, and procured the malicious damaging and destroying, by means

of fire and an explosive, of a vehicle used in interstate commerce and used in activities

affecting interstate commerce, namely, a 1989 Ford truck bearing Oregon license

number PWV 249, at Jefferson Poplar Farm, 79114 Collins Road, Clatskanie, Columbia

County, Oregon; all in violation of Title 18, United States Code, Sections 844(i) and 2.

Dated this _15th_ day of February, 2006.

A TRUE BILL.

/s/ Grand Jury Foreperson
_____
OFFICIATING FOREPERSON

Presented by:

KARIN J. IMMERGUT
United States Attorney
District of Oregon

KIRK A. ENGDALL, OSB #81215
Assistant United States Attorney

Page 8 - INDICTMENT